IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00391-WJM

UNITED STATES OF AMERICA, 2:21mj910JCB

Plaintiff,

v.

1. JOSE EZEQUIEL HERNANDEZ-VELASQUEZ,
a.k.a. "Francisco Escamilla-Montez," "Cheche," and "Tony,"
2. JOSEFINA LUCIA JIMENEZ-ESPARZA,
a.k.a. "Lucia Preciado Garcia," and "Lucia,"
3. JESUS NORBERTO RAMOS-VELASQUEZ,
a.k.a. "Alex," "Tito," and "Norbit,"
4. CHRISTIAN ALAN LOPEZ-RAMIREZ,
5. JORGE IGNACIO MACIEL-SANTANA,
6. OSCAR RENE MANZANO,
a.k.a. "Gonzalo Vasquez-Delgado,"
7. FIRST NAME UNKNOWN, LAST NAME UNKNOWN
a.k.a. "UM-9100,"
8. SERGIO GARCIA-REYES,
a.k.a. "Juan Alberto Garcia-Reyes,"
9. ANABEL ROMO-RASCON,
10. ANTONIO GODINEZ-ESPARZA,
11. FREDDIE SILVA-DELGADO,
a.k.a. "Julio,"
12. FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
a.k.a. "Meye,"
13. FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
a.k.a. "UM-4867,"
14. IRVIN MAURICIO WALKER-PEDROZA,
15. TANIA YAMILETH GARCIA-ESCATEL,
16. STACY MARIE SMITH,
17. ELIZABETH ANN BABINCHAK,
a.k.a. "Elizabeth Brunyer," and "The Old Lady,"
18. VAUGHN BABINCHAK,
a.k.a. "The Old Man,"
19. FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
a.k.a. "UM-9765"
20. LEOCADIO MADERA-ALATORRE,
21. FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
a.k.a. "UM-3170,"

22. ARIANA ABIGAIL JIMENEZ-ESPARZA, and
23. ROSA ISELA DELGADO-ESQUIVEL,
a.k.a. "Rosa Isela Delgado-Airam,"

Defendants.

---

**INDICTMENT**

---

**COUNT 1**

On or about and between January 1, 2020 and November 18, 2021, both dates being approximate and inclusive, within the State and District of Colorado and elsewhere, the defendants JOSE EZEQUIEL HERNANDEZ-VELASQUEZ, a.k.a. "Francisco Escamilla-Montez," "Cheche," and "Tony," JOSEFINA LUCIA JIMENEZ-ESPARZA, a.k.a. "Lucia Preciado Garcia," and "Lucia," JESUS NORBERTO RAMOS-VELASQUEZ, a.k.a. "Alex," "Tito," and "Norbit," CHRISTIAN ALAN LOPEZ-RAMIREZ, JORGE IGNACIO MACIEL-SANTANA, OSCAR RENE MANZANO, a.k.a. "Gonzalo Vasquez-Delgado," FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-9100," SERGIO GARCIA-REYES, a.k.a. "Juan Alberto Garcia-Reyes," ANABEL ROMO-RASCON, ANTONIO GODINEZ-ESPARZA, FREDDIE SILVA-DELGADO, a.k.a. "Julio," FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "Meye," FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-4867," IRVIN MAURICIO WALKER-PEDROZA, TANIA YAMILETH GARCIA-ESCATEL, STACY MARIE SMITH, ELIZABETH ANN BABINCHAK, a.k.a. "Elizabeth Brunyer," and "The Old Lady," VAUGHN BABINCHAK, a.k.a. "The Old Man," FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-9765," LEOCADIO MADERA-ALATORRE, FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-3170," and others known and

unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree, with interdependence, to distribute and possess with the intent to distribute one or more of the following Controlled Substances: (1) 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i); (2) 100 grams and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i); and (3) 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

**PENALTY ALLEGATIONS:**

With respect to defendants JOSE EZEQUIEL HERNANDEZ-VELASQUEZ, a.k.a. "Francisco Escamilla-Montez," "Cheche," and "Tony," JOSEFINA LUCIA JIMENEZ-ESPARZA, a.k.a. "Lucia Preciado Garcia," and "Lucia," JESUS NORBERTO RAMOS-VELASQUEZ, a.k.a. "Alex," "Tito," and "Norbit," CHRISTIAN ALAN LOPEZ-RAMIREZ, JORGE IGNACIO MACIEL-SANTANA, OSCAR RENE MANZANO, a.k.a. "Gonzalo Vasquez-Delgado," FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-9100," SERGIO GARCIA-REYES, a.k.a. "Juan Alberto Garcia-Reyes," ANABEL ROMO-RASCON, ANTONIO GODINEZ-ESPARZA, FREDDIE SILVA-DELGADO, a.k.a. "Julio," FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "Meye," FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-4867," TANIA YAMILETH

GARCIA-ESCATEL, ELIZABETH ANN BABINCHAK, a.k.a. "Elizabeth Brunyer," and "The Old Lady," VAUGHN BABINCHAK, a.k.a. "The Old Man," IRVIN MAURICIO WALKER-PEDROZA, FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-9765," LEOCADIO MADERA-ALATORRE, and FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-3170," the drug amount involved in the conspiracy attributable to these defendants as a result of their own conduct, and the conduct of others reasonably foreseeable to them is 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i).

With respect to defendant STACY MARIE SMITH, the drug amount involved in the conspiracy attributable to this defendant as a result of her own conduct, and the conduct of others reasonably foreseeable to her is 100 grams and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i).

With respect to defendants JOSE EZEQUIEL HERNANDEZ-VELASQUEZ, a.k.a. "Francisco Escamilla-Montez," "Cheche," and "Tony," FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "Meye," FREDDIE SILVA-DELGADO, a.k.a. "Julio," FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-4867," MAURICIO WALKER-PEDROZA, TANIA YASMILETH GARCIA-ESCATEL, ELIZABETH ANN BABINCHAK, a.k.a. "Elizabeth Brunyer," and "The Old Lady," and VAUGHN BABINCHAK, a.k.a. "The Old Man," the drug amount involved in the conspiracy attributable to these defendants as a result of their own conduct, and the conduct of others reasonably foreseeable to

them is 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

**COUNT 2**

On or about April 27, 2021, within the State and District of Colorado and elsewhere, the defendants JOSE EZEQUIEL HERNANDEZ-VELASQUEZ, a.k.a. "Francisco Escamilla-Montez," "Cheche," and "Tony," FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-9100," SERGIO GARCIA-REYES, a.k.a. "Juan Alberto Garcia-Reyes" ANABEL ROMO-RASCON, and OSCAR RENE MANZANO, a.k.a. "Gonzalo Vasquez-Delgado," did knowingly and intentionally distribute and possess with the intent to distribute 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i) and Title 18, United States Code, Section 2 (aiding and abetting).

**COUNT 3**

On or about April 27, 2021, within the State and District of Colorado and elsewhere, the defendants SERGIO GARCIA-REYES and ANABEL ROMO-RASCON did travel in interstate commerce with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of an unlawful activity, specifically violations of Title 21, United States Code, Sections 841(a)(1) and 846 as alleged in Count 1 of this Indictment, and thereafter performed

and attempted to perform an act to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of that unlawful activity.

All in violation of Title 18, United States Code, Section 1952(a)(3)(A).

**COUNT 4**

On or about and between January 1, 2020 and November 18, 2021, both dates being approximate and inclusive, within the State and District of Colorado and elsewhere, the defendants JOSE EZEQUIEL HERNANDEZ-VELASQUEZ, a.k.a. "Francisco Escamilla-Montez," "Cheche," and "Tony," JOSEFINA LUCIA JIMENEZ-ESPARZA, a.k.a. "Lucia Preciado Garcia," and "Lucia," FREDDIE SILVA-DELGADO, a.k.a. "Julio," ELIZABETH ANN BABINCHAK, a.k.a. "Elizabeth Brunyer," and "The Old Lady," VAUGHN BABINCHAK, a.k.a. "The Old Man," ARIANA ABIGAIL JIMENEZ-ESPARZA, ROSA ISELA DELGADO-ESQUIVEL, a.k.a. "Rosa Isela Delgado-Airam," with other persons known and unknown to the Grand Jury, did knowingly combine, conspire, confederate and agree, to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, in that the defendants did knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce which transactions involved the proceeds of specified unlawful activity ("SUA"), namely, the distribution of controlled substances in violation of Title 21, United States Code, Section 841, and conspiracy to distribute controlled substances, in violation of Title 21, United States Code, Section 846, and knowing, while conducting and attempting to conduct such financial transactions, that the property involved in the financial transactions represented the proceeds of some form of unlawful activity:

A. With the intent to promote the carrying on of SUA, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i), and

B. Knowing the transactions involved the proceeds of the SUA, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code Section 1956(h).

**MANNER AND MEANS OF THE MONEY LAUNDERING CONSPIRACY**

The manner and means used to accomplish the objectives of the conspiracy included, among others, the following:

1. It was part of this money-laundering conspiracy that Mexico-based sources of supply, facilitators, and dispatchers, including but not limited to defendants FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "Meye," FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-9765," FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-9100," FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-4867," and FREDDIE SILVA-DELGADO, a.k.a. "Julio," on a routine and consistent basis, arranged for, supplied, and sent shipments of heroin and methamphetamine from Mexico to defendant JOSE EZEQUIEL HERNANDEZ-VELASQUEZ, a.k.a. "Francisco Escamilla-Montez," "Cheche," and "Tony," who, during the time period alleged in the conspiracy, lived in Colorado, Utah, and California.

2. It was part of this money laundering conspiracy that defendant JOSE EZEQUIEL HERNANDEZ-VELASQUEZ, a.k.a. "Francisco Escamilla-Montez,"

"Cheche," and "Tony," also received heroin and methamphetamine from other sources of supply located within the United States.

3. It was part of this money-laundering conspiracy that defendants JOSE EZEQUIEL HERNANDEZ-VELASQUEZ, a.k.a. "Francisco Escamilla-Montez," "Cheche," and "Tony," JOSEFINA JIMENEZ-ESPARZA, a.k.a. "Lucia Preciado Garcia," and "Lucia," ELIZABETH ANN BABINCHAK, a.k.a. "Elizabeth Brunyer," and "The Old Lady," and VAUGHN BABINCHAK, a.k.a. "The Old Man," on a routine and consistent basis, collected and possessed large sums of money ("bulk-cash drug proceeds") generated from the sale of heroin and methamphetamine that had been supplied by the Mexico-based sources of supply, facilitators, and dispatchers.

4. It was part of this money-laundering conspiracy that defendants JOSE EZEQUIEL HERNANDEZ-VELASQUEZ, a.k.a. "Francisco Escamilla-Montez," "Cheche," and "Tony," JOSEFINA JIMENEZ-ESPARZA, a.k.a. "Lucia Preciado Garcia," and "Lucia," ELIZABETH ANN BABINCHAK, a.k.a. "Elizabeth Brunyer," and "The Old Lady," and VAUGHN BABINCHAK, a.k.a. "The Old Man," on a routine and consistent basis, used bulk-cash drug proceeds to buy vehicles and cellular telephones that were used to promote the carrying on of their distribution of drugs and conspiracy to distribute drugs. .

5. It was part of this money-laundering conspiracy that defendants JOSE EZEQUIEL HERNANDEZ-VELASQUEZ, a.k.a. "Francisco Escamilla-Montez," "Cheche," and "Tony," JOSEFINA JIMENEZ-ESPARZA, a.k.a. "Lucia Preciado Garcia," and "Lucia," ELIZABETH ANN BABINCHAK, a.k.a. "Elizabeth Brunyer," and "The Old Lady," VAUGHN BABINCHAK, a.k.a. "The Old Man," and ARIANA ABILGAIL JIMENEZ-

ESPARZA, either personally or directing others, on a routine and consistent basis, transported bulk-cash drug proceeds to Money Service Businesses ("MSBs") located in Colorado and elsewhere in the United States.

6. It was part of this money-laundering conspiracy that defendants JOSE EZEQUIEL HERNANDEZ-VELASQUEZ, a.k.a. "Francisco Escamilla-Montez," "Cheche," and "Tony," JOSEFINA JIMENEZ-ESPARZA, a.k.a. "Lucia Preciado Garcia," and "Lucia," ELIZABETH ANN BABINCHAK, a.k.a. "Elizabeth Brunyer," and "The Old Lady," VAUGHN BABINCHAK, a.k.a. "The Old Man," and ARIANA ABILGAIL JIMENEZ-ESPARZA, either personally or using others, on a routine and consistent basis, wire-transferred bulk cash drug proceeds from MSBs in Colorado and elsewhere in the United States to various MSBs located in Mexico. It was part of this money laundering conspiracy that the bulk cash drug proceeds sent via wire-transfers represented payment for heroin and methamphetamine provided by the sources, facilitators, and dispatchers. The wire-transfers promoted the carrying on of their distribution of drugs and conspiracy to distribute drugs because sources, facilitators, and dispatchers used the bulk-cash proceeds to purchase more heroin and methamphetamine which was then sent to defendants in Colorado and elsewhere in the United States for further drug distribution.

7. It was part of this money laundering conspiracy that defendants JOSE EZEQUIEL HERNANDEZ-VELASQUEZ, a.k.a. "Francisco Escamilla-Montez," "Cheche," and "Tony," JOSEFINA JIMENEZ-ESPARZA, a.k.a. "Lucia Preciado Garcia," and "Lucia," ELIZABETH ANN BABINCHAK, a.k.a. "Elizabeth Brunyer," and "The Old Lady," VAUGHN BABINCHAK, a.k.a. "The Old Man," and ARIANA ABILGAIL JIMENEZ-

ESPARZA sent wire transfers to recipients in Mexico including but not limited to defendants ROSA ISELA DELGADO-ESQUIVEL, a.k.a. "Rosa Isela Delgado-Airam," and FREDDIE SILVA-DELGADO, a.k.a. "Julio."

8. It was part of this money laundering conspiracy that defendants JOSE EZEQUIEL HERNANDEZ-VELASQUEZ, a.k.a. "Francisco Escamilla-Montez," "Cheche," and "Tony," JOSEFINA JIMENEZ-ESPARZA, a.k.a. "Lucia Preciado Garcia," and "Lucia," ELIZABETH ANN BABINCHAK, a.k.a. "Elizabeth Brunyer," and "The Old Lady," VAUGHN BABINCHAK, a.k.a. "The Old Man," and ARIANA ABILGAIL JIMENEZ-ESPARZA in connection with the wire-transfers, engaged in activities designed to disguise the nature, location, source, ownership, and control of the bulk-cash drug proceeds. Such activities included, but were not limited to the following:

a. The defendants used combinations of their names, and aliases, and also used fictitious information pertaining to the senders, recipients, addresses, and telephone numbers connected to the transfers; and

b. The defendants transferred amount of money between $500 and $1,000 to avoid MSB identification and reporting requirements.

**FORFEITURE ALLEGATION**

The allegations contained in Counts 1 through 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853. Upon conviction of the violations described Counts 1 through 3 above, the defendants:

Case 1:21-cr-00391-WJM *SEALED* Document 1 Filed 11/18/21 USDC Colorado Page 11 of 13

1. JOSE EZEQUIEL HERNANDEZ-VELASQUEZ, a.k.a. "Francisco Escamilla-Montez," "Cheche," and "Tony,"
2. JOSEFINA LUCIA JIMENEZ-ESPARZA, a.k.a. "Lucia Preciado Garcia," and "Lucia,"
3. JESUS NORBERTO RAMOS-VELASQUEZ, a.k.a. "Alex," "Tito," and "Norbit,"
4. CHRISTIAN ALAN LOPEZ-RAMIREZ,
5. JORGE IGNACIO MACIEL-SANTANA,
6. OSCAR RENE MANZANO, a.k.a. "Gonzalo Vasquez-Delgado,"
7. FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-9100,"
8. SERGIO GARCIA-REYES, a.k.a. "Juan Alberto Garcia-Reyes,"
9. ANABEL ROMO-RASCON,
10. ANTONIO GODINEZ-ESPARZA,
11. FREDDIE SILVA-DELGADO, a.k.a. "Julio,"
12. FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "Meye,"
13. FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-4867,"
14. IRVIN MAURICIO WALKER-PEDROZA,
15. TANIA YAMILETH GARCIA-ESCATEL,
16. STACY MARIE SMITH,
17. ELIZABETH ANN BABINCHAK, a.k.a. "Elizabeth Brunyer," and "The Old Lady,"
18. VAUGHN BABINCHAK, a.k.a. "The Old Man,"
19. FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-9765"
20. LEOCADIO MADERA-ALATORRE, and
21. FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-3170,"

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853 any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and in all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including,

1. A money judgment of at least $2,000,000 obtained by the conspiracy and by the defendants,

If any of the property described in the paragraph above, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,
(2) has been transferred or sold to, or deposited with, a third party,
(3) has been placed beyond the jurisdiction of the Court,
(4) has been substantially diminished in value, or
(5) has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

Upon conviction of the violations alleged in Count 4 of this Indictment, including violations of Title 18, United States Code, Sections 1956(a)(1)(A)(i), 1956(a)(1)(B)(i), and 1956(h), the defendants:

1. JOSE EZEQUIEL HERNANDEZ-VELASQUEZ, a.k.a. “Francisco Escamilla-Montez,” “Cheche,” and “Tony,”
2. JOSEFINA LUCIA JIMENEZ-ESPARZA, a.k.a. “Lucia Preciado Garcia,” and “Lucia,”
11. FREDDIE SILVA-DELGADO, a.k.a. “Julio,”
16. ELIZABETH ANN BABINCHAK, a.k.a. “Elizabeth Brunyer,” and “The Old Lady,”
17. VAUGHN BABINCHAK, a.k.a. “The Old Man,”
21. ARIANA ABIGAIL JIMENEZ-ESPARZA, and
22. ROSA ISELA DELGADO-ESQUIVEL, a.k.a. “Rosa Isela Delgado-Airam,”

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offense, and any property traceable to such property, including, but not limited to: a sum of money equal

Case 1:21-cr-00391-WJM *SEALED* Document 1 Filed 11/18/21 USDC Colorado Page 13 of 13

to the value of the property involved in the offense. If any of the property described above, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,
(2) has been transferred or sold to, or deposited with, a third party,
(3) has been placed beyond the jurisdiction of the Court,
(4) has been substantially diminished in value, or
(5) has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), incorporated by Title 18, United States Code, Section 982, to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

All in violation of Title 18, United States Code, Section 982(a)(1) and Title 21, United States Code, Section 853.

A TRUE BILL:

Ink signature on file in Clerk's Office
FOREPERSON

MATTHEW T. KIRSCH
Acting United States Attorney

By: *s/Stephanie Podolak*
Stephanie Podolak
Assistant United States Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0406
E-mail: Stephanie.podolak@usdoj.gov
Attorney for the United States

DEFENDANT: JOSE EZEQUIEL HERNANDEZ-VELASQUEZ a.k.a. "Francisco Escamilla-Montez," "Cheche," and "Tony,"

AGE/YOB: 1985

COMPLAINT FILED? ______ Yes __X__ No

If Yes, MAGISTRATE CASE NUMBER____________

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes _X_ No

If No, a new warrant is required

OFFENSE(S):

**COUNT 1**:

Knowingly and intentionally combine, conspire, confederate and agree, with interdependence, to distribute and possess with the intent to distribute one or more of the following Controlled Substances: (1) 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i); (2) 100 grams and more of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i); and (3) 500 grams and more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

**COUNT 2:**

Knowingly and intentionally distribute and possess with the intent to distribute 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and did knowingly and intentionally aid, abet, counsel, command, induce and procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i) and Title 18, United States Code, Section 2.

**COUNT 4**:

Title 18, United States Code, Sections 1956(a)(1)(A)(i) (B)(1)(B)(i) and (h); Conspiracy to conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce knowing that the transaction involved the proceeds of a specified unlawful activity ("SUA") with the intent to promote the carrying on of the SUA, in

violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(h), and with the intent to conceal or disguise the nature, the location, the source, the ownership, and the control of the proceeds of the SUA.

LOCATION OF OFFENSE: Denver, Colorado

PENALTY:

**COUNT 1**:

NLT 10 years imprisonment
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine

**COUNT 2:**

NLT 5 years imprisonment
NMT 40 years imprisonment
At least 4 years of supervised release
$ 5,000,000 fine
$100 Special Assessment

**COUNT 4**:

NMT 20 years imprisonment
NLT 5 years Supervised Release
NMT $500,000.00 or twice the value of the property involved in the money laundering transactions
$100 Special Assessment

AGENT: MICHAEL MOTE
TFO Drug Enforcement Administration

AUTHORIZED BY: AUSA Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___ five days or less; __X__ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.

DEFENDANT: JOSEFINA LUCIA JIMENEZ-ESPARZA, a.k.a. "Lucia Preciado Garcia," and "Lucia"

AGE/YOB: 1997

COMPLAINT FILED? ______ Yes ___X____ No

If Yes, MAGISTRATE CASE NUMBER_____________

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes _X_ No

If No, a new warrant is required

OFFENSE(S): **COUNT 1**:

Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(i), and 846:

Knowingly and intentionally combine, conspire, confederate, and agree, with interdependence, to distribute and possess with the intent to distribute the following Controlled Substance: (1) 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i).

All in violation of Title 21, United States Code, Section 846.

**COUNT 4**:

Title 18, United States Code, Sections 1956(a)(1)(A)(i) (B)(1)(B)(i) and (h); Conspiracy to conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce knowing that the transaction involved the proceeds of a specified unlawful activity ("SUA") with the intent to promote the carrying on of the SUA, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(h), and with the intent to conceal or disguise the nature, the location, the source, the ownership, and the control of the proceeds of the SUA.

LOCATION OF OFFENSE: Denver, Colorado

PENALTY: **COUNT 1**:

NLT 10 years imprisonment
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine

**COUNT 4**:

NMT 20 years imprisonment
NLT 5 years Supervised Release
NMT $500,000.00 or twice the value of the property involved in the money laundering transactions
$100 Special Assessment

MICHAEL MOTE
TFO Drug Enforcement Administration

AGENT: AUSA Stephanie Podolak
Assistant U.S. Attorney

AUTHORIZED BY:

ESTIMATED TIME OF TRIAL:

___ five days or less; __X__ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.

DEFENDANT: JESUS NORBERTO RAMOS-VELASQUEZ, a.k.a. "Alex," "Tito," and "Norbit"

AGE/YOB: 1988

COMPLAINT FILED? ______ Yes ___X____ No

If Yes, MAGISTRATE CASE NUMBER______________

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes _X_ No

If No, a new warrant is required

OFFENSE(S): **COUNT 1**:

Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(i), and 846:

Knowingly and intentionally combine, conspire, confederate, and agree, with interdependence, to distribute and possess with the intent to distribute the following Controlled Substance: (1) 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i).

LOCATION OF OFFENSE: Denver, Colorado

PENALTY: **COUNT 1**:

NLT 10 years imprisonment
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine

AGENT: MICHAEL MOTE
TFO Drug Enforcement Administration

AUTHORIZED BY: AUSA Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___ five days or less; __X__ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.

DEFENDANT: CHRISTIAN ALAN LOPEZ-RAMIREZ

AGE/YOB: 1992

COMPLAINT FILED? ______ Yes ___X___ No

If Yes, MAGISTRATE CASE NUMBER____________

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes _X_ No

If No, a new warrant is required

OFFENSE(S): **COUNT 1**:

Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(i), and 846:

Knowingly and intentionally combine, conspire, confederate, and agree, with interdependence, to distribute and possess with the intent to distribute the following Controlled Substance: (1) 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i). All in violation of Title 21, United States Code, Section 846.

LOCATION OF OFFENSE: Denver, Colorado

PENALTY: **COUNT 1**:

NLT 10 years imprisonment
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine

AGENT: MICHAEL MOTE
TFO Drug Enforcement Administration

AUTHORIZED BY: AUSA Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___ five days or less; __X__ over five days

THE GOVERNMENT

X will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.

DEFENDANT: JORGE IGNACIO MACIEL-SANTANA

AGE/YOB: 1995

COMPLAINT FILED? ______ Yes __X__ No

If Yes, MAGISTRATE CASE NUMBER____________

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes _X_ No

If No, a new warrant is required

OFFENSE(S): **COUNT 1**:

Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(i), and 846:

Knowingly and intentionally combine, conspire, confederate, and agree, with interdependence, to distribute and possess with the intent to distribute the following Controlled Substance: (1) 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i). All in violation of Title 21, United States Code, Section 846.

LOCATION OF OFFENSE: Denver, Colorado

PENALTY: **COUNT 1**:

NLT 10 years imprisonment
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine

AGENT: MICHAEL MOTE
TFO Drug Enforcement Administration

AUTHORIZED BY: AUSA Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___ five days or less; __X__ over five days

THE GOVERNMENT

X will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.

DEFENDANT: OSCAR RENE MANZANO,
a.k.a. "Gonzalo Vasquez-Delgado,"

AGE/YOB: 1982

COMPLAINT FILED? ______ Yes __X____ No

If Yes, MAGISTRATE CASE NUMBER____________

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes _X_ No

If No, a new warrant is required

OFFENSE(S): **COUNT 1**:

Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(i), and 846:

Knowingly and intentionally combine, conspire, confederate, and agree, with interdependence, to distribute and possess with the intent to distribute the following Controlled Substance: (1) 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i). All in violation of Title 21, United States Code, Section 846.

**COUNT 2:**

United States Code, Sections 841(a)(1) and (b)(1)(A)(i) and Title 18, United States Code, Section 2.

Knowingly and intentionally distribute and possess with the intent to distribute 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and did knowingly and intentionally aid, abet, counsel, command, induce and procure the same. All in violation of Title 21,

LOCATION OF OFFENSE: Denver, Colorado

PENALTY: **COUNT 1**:

NLT 10 years imprisonment
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine

**COUNT 2**

NLT 5 years imprisonment
NMT 40 years imprisonment
At least 4 years of supervised release
$ 5,000,000 fine
$100 Special Assessment

AGENT: MICHAEL MOTE
TFO Drug Enforcement Administration

AUTHORIZED BY: AUSA Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___ five days or less; __X__ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.

DEFENDANT: FIRST NAME UNKNOWN, LAST NAME UNKNOWN
a.k.a. "UM-9100,"

AGE/YOB:

COMPLAINT FILED? ______ Yes ___X____ No

If Yes, MAGISTRATE CASE NUMBER____________

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes _X_ No

If No, a new warrant is required

OFFENSE(S): **COUNT 1**:

Knowingly and intentionally combine, conspire, confederate, and agree, with interdependence, to distribute and possess with the intent to distribute the following Controlled Substance: (1) 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i).

All in violation of Title 21, United States Code, Section 846.

**COUNT 2:**

Knowingly and intentionally distribute and possess with the intent to distribute 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and did knowingly and intentionally aid, abet, counsel, command, induce and procure the same. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i) and Title 18, United States Code, Section 2.

LOCATION OF OFFENSE: Denver, Colorado

PENALTY: **COUNT 1**:

NLT 10 years imprisonment
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine

**COUNT 2:**

NLT 5 years imprisonment
NMT 40 years imprisonment
At least 4 years of supervised release
$ 5,000,000 fine
$100 Special Assessment

| | |
|---|---|
| AGENT: | MICHAEL MOTE<br>TFO Drug Enforcement Administration |
| AUTHORIZED BY: | AUSA Stephanie Podolak<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

___ five days or less; __X__ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.

DEFENDANT: SERGIO GARCIA-REYES,
a.k.a. "Juan Alberto Garcia-Reyes"

AGE/YOB: 2000

COMPLAINT FILED? _______ Yes ___X____ No

If Yes, MAGISTRATE CASE NUMBER_____________

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes _X_ No

If No, a new warrant is required

OFFENSE(S): **COUNT 1**:

Knowingly and intentionally combine, conspire, confederate, and agree, with interdependence, to distribute and possess with the intent to distribute the following Controlled Substance: (1) 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i).

All in violation of Title 21, United States Code, Section 846.

**COUNT 2:**

Knowingly and intentionally distribute and possess with the intent to distribute 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and did knowingly and intentionally aid, abet, counsel, command, induce and procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i) and Title 18, United States Code, Section 2.

**COUNT 3:**

Travel in interstate commerce with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of an unlawful activity, specifically violations of Title 21, United States Code, Sections 841(a)(1) and 846 as alleged in Count 1 of this Indictment, and thereafter performed and attempted to perform an act to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of that unlawful activity.

All in violation of Title 18, United States Code, Section 1952(a)(3)(A).

| | |
|---|---|
| LOCATION OF OFFENSE: | Denver, Colorado |
| PENALTY: | **COUNT 1**:<br><br>NLT 10 years imprisonment<br>NMT life imprisonment<br>At least 5 years Supervised Release<br>$10,000,000 fine<br><br>**COUNT 2:**<br><br>NLT 5 years imprisonment<br>NMT 40 years imprisonment<br>At least 4 years of supervised release<br>$ 5,000,000 fine<br>$100 Special Assessment<br><br>**COUNT 3:**<br><br>NMT 5 years imprisonment<br>NLT 3 years Supervised Release<br>$250,000.00 fine<br>$100 Special Assessment |
| AGENT: | MICHAEL MOTE<br>TFO Drug Enforcement Administration |
| AUTHORIZED BY: | AUSA Stephanie Podolak<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

___ five days or less; __X__ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.

DEFENDANT: ANABEL ROMO-RASCON

AGE/YOB: 1986

COMPLAINT FILED? ______ Yes __X__ No

If Yes, MAGISTRATE CASE NUMBER____________

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes _X_ No

If No, a new warrant is required

OFFENSE(S): **COUNT 1**:

Knowingly and intentionally combine, conspire, confederate, and agree, with interdependence, to distribute and possess with the intent to distribute the following Controlled Substance: (1) 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i).

All in violation of Title 21, United States Code, Section 846.

**COUNT 2:**

Knowingly and intentionally distribute and possess with the intent to distribute 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and did knowingly and intentionally aid, abet, counsel, command, induce and procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i) and Title 18, United States Code, Section 2.

**COUNT 3:**

Travel in interstate commerce with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of an unlawful activity, specifically violations of Title 21, United States Code, Sections 841(a)(1) and 846 as alleged in Count 1 of this Indictment, and thereafter performed and attempted to perform an act to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of that unlawful activity.

All in violation of Title 18, United States Code, Section 1952(a)(3)(A).

LOCATION OF OFFENSE: Denver, Colorado

PENALTY:

**COUNT 1**:

NLT 10 years imprisonment
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine

**COUNT 2:**

NLT 5 years imprisonment
NMT 40 years imprisonment
At least 4 years of supervised release
$ 5,000,000 fine
$100 Special Assessment

**COUNT 3:**

NMT 5 years imprisonment
NLT 3 years Supervised Release
$250,000.00 fine
$100 Special Assessment

AGENT: MICHAEL MOTE
TFO Drug Enforcement Administration

AUTHORIZED BY: AUSA Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___ five days or less; __X__ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.

DEFENDANT: ANTONIO GODINEZ-ESPARZA

AGE/YOB: 1999

COMPLAINT FILED? ______ Yes ___X____ No

If Yes, MAGISTRATE CASE NUMBER____________

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes _X_ No

If No, a new warrant is required

OFFENSE(S): **COUNT 1**:

Knowingly and intentionally combine, conspire, confederate, and agree, with interdependence, to distribute and possess with the intent to distribute the following Controlled Substance: (1) 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i). All in violation of Title 21, United States Code, Section 846.

LOCATION OF OFFENSE: Denver, Colorado

PENALTY: **COUNT 1**:

Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(i), and 846:

NLT 10 years imprisonment
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine

AGENT: MICHAEL MOTE
TFO Drug Enforcement Administration

AUTHORIZED BY: AUSA Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___ five days or less; __X__ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.

DEFENDANT: FREDDIE SILVA-DELGADO,
a.k.a. "Julio,"

AGE/YOB: 1983

COMPLAINT FILED? ______ Yes ___X____ No

If Yes, MAGISTRATE CASE NUMBER_____________

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes _X_ No

If No, a new warrant is required

OFFENSE(S): **COUNT 1**:

Knowingly and intentionally combine, conspire, confederate, and agree, with interdependence, to distribute and possess with the intent to distribute one or more of the following Controlled Substances: (1) 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i); and (3) 500 grams and more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

**COUNT 4**:

Title 18, United States Code, Sections 1956(a)(1)(A)(i) (B)(1)(B)(i) and (h); Conspiracy to conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce knowing that the transaction involved the proceeds of a specified unlawful activity ("SUA") with the intent to promote the carrying on of the SUA, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(h), and with the intent to conceal or disguise the nature, the location, the source, the ownership, and the control of the proceeds of the SUA.

LOCATION OF OFFENSE: Denver, Colorado

PENALTY: **COUNT 1**:

NLT 10 years imprisonment
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine

**COUNT 4**:

NMT 20 years imprisonment
NLT 5 years Supervised Release
NMT $500,000.00 or twice the value of the property involved in the money laundering transactions
$100 Special Assessment

| | |
|---|---|
| AGENT: | MICHAEL MOTE<br>TFO Drug Enforcement Administration |
| AUTHORIZED BY: | AUSA Stephanie Podolak<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

___ five days or less; __X__ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.

DEFENDANT: FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "Meye,"

AGE/YOB:

COMPLAINT FILED? ______ Yes ___X___ No

If Yes, MAGISTRATE CASE NUMBER____________

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes _X_ No

If No, a new warrant is required

OFFENSE(S): **COUNT 1**:

Knowingly and intentionally combine, conspire, confederate, and agree, with interdependence, to distribute and possess with the intent to distribute one or more of the following Controlled Substances: (1) 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i); and (3) 500 grams and more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

LOCATION OF OFFENSE: Denver, Colorado

PENALTY: **COUNT 1**:

NLT 10 years imprisonment
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine

AGENT: MICHAEL MOTE
TFO Drug Enforcement Administration

AUTHORIZED BY: AUSA Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___ five days or less; __X__ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.

DEFENDANT: FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-4867"

AGE/YOB:

COMPLAINT FILED? ______ Yes ___X___ No

If Yes, MAGISTRATE CASE NUMBER____________

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes _X_ No

If No, a new warrant is required

OFFENSE(S): **COUNT 1**:

Knowingly and intentionally combine, conspire, confederate, and agree, with interdependence, to distribute and possess with the intent to distribute one or more of the following Controlled Substances: (1) 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i); and (3) 500 grams and more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

LOCATION OF OFFENSE: Denver, Colorado

PENALTY: **COUNT 1**:

NLT 10 years imprisonment
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine

AGENT: MICHAEL MOTE
TFO Drug Enforcement Administration

AUTHORIZED BY: AUSA Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___ five days or less; __X__ over five days

THE GOVERNMENT

X will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.

DEFENDANT: IRVIN MAURICIO WALKER-PEDROZA

AGE/YOB: 2000

COMPLAINT FILED? _____ Yes __X__ No

If Yes, MAGISTRATE CASE NUMBER__________

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes _X_ No

If No, a new warrant is required

OFFENSE(S): **COUNT 1**:

Knowingly and intentionally combine, conspire, confederate, and agree, with interdependence, to distribute and possess with the intent to distribute the following Controlled Substance: (1) 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i).

All in violation of Title 21, United States Code, Section 846.

LOCATION OF OFFENSE: Denver, Colorado

PENALTY: **COUNT 1**:

NLT 10 years imprisonment
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine

AGENT: MICHAEL MOTE
TFO Drug Enforcement Administration

AUTHORIZED BY: AUSA Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___ five days or less; __X__ over five days

THE GOVERNMENT

X will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.

DEFENDANT: TANIA YAMILETH GARCIA-ESCATEL

AGE/YOB: 1993

COMPLAINT FILED? ______ Yes ___X____ No

If Yes, MAGISTRATE CASE NUMBER____________

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes _X_ No

If No, a new warrant is required

OFFENSE(S): **COUNT 1**:

Knowingly and intentionally combine, conspire, confederate, and agree, with interdependence, to distribute and possess with the intent to distribute one or more of the following Controlled Substances: (1) 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i); and (3) 500 grams and more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.
Denver, Colorado

LOCATION OF OFFENSE: Denver, Colorado

PENALTY: **COUNT 1**:

NLT 10 years imprisonment
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine

AGENT: MICHAEL MOTE
TFO Drug Enforcement Administration

AUTHORIZED BY: AUSA Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___ five days or less; __X__ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.

Case 1:21-cr-00391-WJM *SEALED* Document 1-16 Filed 11/18/21 USDC Colorado Page 1 of 2

DEFENDANT: STACY MARIE SMITH

AGE/YOB: 1993

COMPLAINT FILED? _______ Yes ___X___ No

If Yes, MAGISTRATE CASE NUMBER______________

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes _X_ No

If No, a new warrant is required

OFFENSE(S): **COUNT 1**:

Knowingly and intentionally combine, conspire, confederate, and agree, with interdependence, to distribute and possess with the intent to distribute the following Controlled Substance; (2) 100 grams and more of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i);

All in violation of Title 21, United States Code, Section 846.

LOCATION OF OFFENSE: Denver, Colorado

PENALTY: **COUNT 1**:

NLT 5 years imprisonment
NMT 40 years imprisonment
At least 4 years of Supervised Release
$ 5,000,000 fine
$100 Special Assessment

AGENT: MICHAEL MOTE
TFO Drug Enforcement Administration

AUTHORIZED BY: AUSA Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___ five days or less; ___X___ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.

DEFENDANT: ELIZABETH ANN BABINCHAK.
a.k.a. "Elizabeth Brunyer," and "The Old Lady,"

AGE/YOB: 1967

COMPLAINT FILED? ______ Yes ___X____ No

If Yes, MAGISTRATE CASE NUMBER_____________

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes _X_ No

If No, a new warrant is required

OFFENSE(S): **COUNT 1**:

Knowingly and intentionally combine, conspire, confederate, and agree, with interdependence, to distribute and possess with the intent to distribute one or more of the following Controlled Substances: (1) 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i); and (3) 500 grams and more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

**COUNT 4**:

Title 18, United States Code, Sections 1956(a)(1)(A)(i) (B)(1)(B)(i) and (h); Conspiracy to conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce knowing that the transaction involved the proceeds of a specified unlawful activity ("SUA") with the intent to promote the carrying on of the SUA, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(h), and with the intent to conceal or disguise the nature, the location, the source, the ownership, and the control of the proceeds of the SUA.

LOCATION OF OFFENSE: Denver, Colorado

PENALTY: **COUNT 1**:

NLT 10 years imprisonment
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine

**COUNT 4**:

NMT 20 years imprisonment
NLT 5 years Supervised Release
NMT $500,000.00 or twice the value of the property involved in the money laundering transactions
$100 Special Assessment

AGENT: MICHAEL MOTE
TFO Drug Enforcement Administration

AUTHORIZED BY: AUSA Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___ five days or less; __X__ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.

DEFENDANT: VAUGHN BABINCHAK
a.k.a. "The Old Man"

AGE/YOB: 1971

COMPLAINT FILED? ______ Yes ___X____ No

If Yes, MAGISTRATE CASE NUMBER_____________

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes _X_ No

If No, a new warrant is required

OFFENSE(S): **COUNT 1**:

Knowingly and intentionally combine, conspire, confederate, and agree, with interdependence, to distribute and possess with the intent to distribute one or more of the following Controlled Substances: (1) 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i); and (3) 500 grams and more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

**COUNT 4**:

Title 18, United States Code, Sections 1956(a)(1)(A)(i) (B)(1)(B)(i) and (h); Conspiracy to conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce knowing that the transaction involved the proceeds of a specified unlawful activity ("SUA") with the intent to promote the carrying on of the SUA, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(h), and with the intent to conceal or disguise the nature, the location, the source, the ownership, and the control of the proceeds of the SUA.

LOCATION OF OFFENSE: Denver, Colorado

Case 1:21-cr-00391-WJM *SEALED* Document 1-18 Filed 11/18/21 USDC Colorado Page 2 of 2

PENALTY: **COUNT 1**:

NLT 10 years imprisonment
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine

**COUNT 4**:

NMT 20 years imprisonment
NLT 5 years Supervised Release
NMT $500,000.00 or twice the value of the property involved in the money laundering transactions
$100 Special Assessment

AGENT: MICHAEL MOTE
TFO Drug Enforcement Administration

AUTHORIZED BY: AUSA Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___ five days or less; __X__ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.

DEFENDANT: FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-9765"

AGE/YOB:

COMPLAINT FILED? ______ Yes __X____ No

If Yes, MAGISTRATE CASE NUMBER____________

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes _X_ No

If No, a new warrant is required

OFFENSE(S): **COUNT 1**:
Knowingly and intentionally combine, conspire, confederate, and agree, with interdependence, to distribute and possess with the intent to distribute the following Controlled Substance: (1) 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i).

All in violation of Title 21, United States Code, Section 846.
Denver, Colorado

LOCATION OF OFFENSE: Denver, Colorado

PENALTY: **COUNT 1**:

NLT 10 years imprisonment
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine

AGENT: MICHAEL MOTE
TFO Drug Enforcement Administration

AUTHORIZED BY: AUSA Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

____ five days or less; __X__ over five days

THE GOVERNMENT

_X__ will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.

DEFENDANT: LEOCADIO MADERA-ALATORRE

AGE/YOB: 1996

COMPLAINT FILED? ______ Yes __X__ No

If Yes, MAGISTRATE CASE NUMBER____________

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes _X_ No

If No, a new warrant is required

OFFENSE(S): **COUNT 1**:

Knowingly and intentionally combine, conspire, confederate, and agree, with interdependence, to distribute and possess with the intent to distribute the following Controlled Substance: (1) 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i).

All in violation of Title 21, United States Code, Section 846.

LOCATION OF OFFENSE: Denver, Colorado

PENALTY: **COUNT 1**:

NLT 10 years imprisonment
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine

AGENT: MICHAEL MOTE
TFO Drug Enforcement Administration

AUTHORIZED BY: AUSA Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___ five days or less; __X__ over five days

THE GOVERNMENT

X will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.

DEFENDANT: FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-3170"

AGE/YOB:

COMPLAINT FILED? ______ Yes ___X____ No

If Yes, MAGISTRATE CASE NUMBER_____________

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes _X_ No

If No, a new warrant is required

OFFENSE(S): **COUNT 1**:

Knowingly and intentionally combine, conspire, confederate, and agree, with interdependence, to distribute and possess with the intent to distribute the following Controlled Substance: (1) 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i).

All in violation of Title 21, United States Code, Section 846.

LOCATION OF OFFENSE: Denver, Colorado

PENALTY: **COUNT 1**:

NLT 10 years imprisonment
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine

AGENT: MICHAEL MOTE
TFO Drug Enforcement Administration

AUTHORIZED BY: AUSA Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___ five days or less; __X__ over five days

THE GOVERNMENT

X will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.

DEFENDANT: ARIANA ABIGAIL JIMENEZ-ESPARZA

AGE/YOB: 1995

COMPLAINT FILED? ______ Yes ___X____ No

If Yes, MAGISTRATE CASE NUMBER______________

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes _X_ No

If No, a new warrant is required

OFFENSE(S): **COUNT 4**:
Title 18, United States Code, Sections 1956(a)(1)(A)(i) (a)(1)(B)(i) and (h);
Conspiracy to conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce knowing that the transaction involved the proceeds of a specified unlawful activity ("SUA") with the intent to promote the carrying on of the SUA, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(h), and with the intent to conceal or disguise the nature, the location, the source, the ownership, and the control of the proceeds of the SUA.

LOCATION OF OFFENSE: Denver, Colorado

PENALTY: **COUNT 4**:

NMT 20 years imprisonment
NLT 5 years Supervised Release
NMT $500,000.00 or twice the value of the property involved in the money laundering transactions
$100 Special Assessment

AGENT: MICHAEL MOTE
TFO Drug Enforcement Administration

AUTHORIZED BY: AUSA Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___ five days or less; __X__ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.

DEFENDANT: ROSA ISELA DELGADO-ESQUIVEL,
a.k.a. "Rosa Isela Delgado-Airam"

AGE/YOB: 1992

COMPLAINT FILED? ______ Yes ___X____ No

If Yes, MAGISTRATE CASE NUMBER_____________

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes _X_ No

If No, a new warrant is required

OFFENSE(S): **COUNT 4**:

Title 18, United States Code, Sections 1956(a)(1)(A)(i) (a)(1)(B)(i) and (h); Conspiracy to conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce knowing that the transaction involved the proceeds of a specified unlawful activity ("SUA") with the intent to promote the carrying on of the SUA, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(h), and with the intent to conceal or disguise the nature, the location, the source, the ownership, and the control of the proceeds of the SUA.

LOCATION OF OFFENSE: Denver, Colorado

PENALTY: **COUNT 4**:

NMT 20 years imprisonment
NLT 5 years Supervised Release
NMT $500,000.00 or twice the value of the property involved in the money laundering transactions
$100 Special Assessment

AGENT: MICHAEL MOTE
TFO Drug Enforcement Administration

AUTHORIZED BY: AUSA Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___ five days or less; __X__ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

2:21mj910 JCB

United States of America
v.

JOSE EZEQUIEL HERNANDEZ-VELASQUEZ a.k.a. "Francisco Escamilla-Montez," "Cheche," and "Tony"

*Defendant*

Case No. 21-cr-00391-WJM

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JOSE EZEQUIEL HERNANDEZ-VELASQUEZ a.k.a. "Francisco Escamilla-Montez," "Cheche," and "Tony,",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

COUNT 1: 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i); 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i); 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii); 21, United States Code, Section 846.
COUNT 2: 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i) and 18, United States Code, Section 2.
COUNT 4: 18, United States Code, Sections 1956(a)(1)(A)(i) (B)(1)(B)(i) and 1956(h).

Date: 11/18/2021

s/T. Vo, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* ____________ , and the person was arrested on *(date)* ____________
at *(city and state)* ____________ .

Date: ____________

____________
*Arresting officer's signature*

____________
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

United States of America
v.

JOSEFINA LUCIA JIMENEZ-ESPARZA, a.k.a. "Lucia Preciado Garcia," and "Lucia"
*Defendant*

Case No. 21-cr-00391-WJM-2

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JOSEFINA LUCIA JIMENEZ-ESPARZA, a.k.a. "Lucia Preciado Garcia," and "Lucia" , who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

COUNT 1: 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i); 21, United States Code, Section 846.

COUNT 4: 18, United States Code, Sections 1956(a)(1)(A)(i) (B)(1)(B)(i) and (h); 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(h)

Date: 11/18/2021

s/T. Vo, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* ____________ , and the person was arrested on *(date)* ____________ at *(city and state)* ____________ .

Date: ____________

____________
*Arresting officer's signature*

____________
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

United States of America
v.

TANIA YAMILETH GARCIA-ESCATEL
*Defendant*

Case No. 21-cr-00391-WJM-15

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* TANIA YAMILETH GARCIA-ESCATEL,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

COUNT 1: Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(i), 841(b)(1)(A)(viii) and 846.

Date: 11/18/2021

s/T. Vo, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* ______, and the person was arrested on *(date)* ______
at *(city and state)* ______.

Date: ______

______
*Arresting officer's signature*

______
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

United States of America
v.

ELIZABETH ANN BABINCHAK, a.k.a. "Elizabeth Brunyer," and "The Old Lady"
*Defendant*

Case No. 21-cr-00391-WJM-17

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ELIZABETH ANN BABINCHAK, a.k.a. "Elizabeth Brunyer," and "The Old Lady",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

These offenses are briefly described as follows:

COUNT 1: Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(i), (b)(1)(A)(viii) and 846.

COUNT 4: Title 18, United States Code, Sections 1956(a)(1)(A)(i), (B)(1)(B)(i) and (h).

Date: 11/18/2021

s/T. Vo, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* ______________ , and the person was arrested on *(date)* ______________
at *(city and state)* ______________ .

Date: ______________

______________
*Arresting officer's signature*

______________
*Printed name and title*

Case 1:21-cr-00391-WJM *SEALED* Document 20 Filed 11/18/21 USDC Colorado Page 1 of 1

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

United States of America
v.

VAUGHN BABINCHAK a.k.a. "The Old Man"
*Defendant*

Case No. 21-cr-00391-WJM-18

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* VAUGHN BABINCHAK a.k.a. "The Old Man",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

These offense are briefly described as follows:

COUNT 1: Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(i), (b)(1)(A)(viii) and 846.

COUNT 4: Title 18, United States Code, Sections 1956(a)(1)(A)(i) (b)(1)(B)(i) and (h).

Date: 11/18/2021

s/T. Vo, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________.

Date: ________

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

United States of America
v.

LEOCADIO MADERA-ALATORRE
*Defendant*

Case No. 21-cr-00391-WJM-20

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* LEOCADIO MADERA-ALATORRE, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

COUNT 1: Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(i) and 846.

Date: 11/18/2021

s/T. Vo, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* ____________, and the person was arrested on *(date)* ____________ at *(city and state)* ____________.

Date: ____________

____________
*Arresting officer's signature*

____________
*Printed name and title*